JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California  94102
　　Telephone:　(415) 436-6833
　　Facsimile:　(415) 436-7234
　　Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 08-0929 VRW |
| Plaintiff, | ) |
| | ) STIPULATION AND ~~[PROPOSED]~~ ORDER |
| v. | ) EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| CRUZ SALINAS MARTINEZ Jr., | ) |
| Defendant. | ) |

On January 8, 2009, the parties appeared before the Court for an initial appearance.  The Court set a further date of January 29, 2009 for a further status conference.  The Court agreed to exclude all time under the Speedy Trial Act between January 8, 2009 and January 29, 2009, for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties and the Court agreed that the ends of justice served by granting such a continuance for effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0929 VRW

1

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: January 29, 2009 _____/s/_____
KATHERINE B. DOWLING
Assistant United States Attorney

DATED: January 29, 2009 _____/s/_____
DANIEL BLANK
Attorney for Defendant

    Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from January 8, 2009 through January 29, 2009, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: _____Jan. 29, 2009_____

IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONOR_____
United Stat___ Judge Vaughn R Walker