```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  KATHERINE B. DOWLING (CABN 220767)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California  94102
        Telephone:    (415) 436-6833
 7      Facsimile:    (415) 436-7234
        Katherine.Dowling@usdoj.gov
 8
 9  Attorneys for Plaintiff
10
```

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | NORTHERN DISTRICT OF CALIFORNIA |
|  | SAN FRANCISCO DIVISION |

| UNITED STATES OF AMERICA, | ) | CR No. 08-0929 VRW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) | |
| CRUZ SALINAS MARTINEZ Jr., | ) | |
| Defendant. | ) | |

On January 29, 2009, the parties appeared before the Court for an initial appearance. The Court set a further date of February 12, 2009 for a further status conference. The Court agreed to exclude all time under the Speedy Trial Act between January 29, 2009 and February 12, 2009, for effective preparation of counsel and continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties and the Court agreed that the ends of justice served by granting such a continuance for effective preparation of counsel and continuity of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0929 VRW                                                                                       1

1  SO STIPULATED:

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

5  DATED: February 3, 2009          /s/
                                     KATHERINE B. DOWLING
                                     Assistant United States Attorney

8  DATED: February 3, 2009          /s/
                                     DANIEL BLANK
                                     Attorney for Defendant

11  Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation of counsel and continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from January 29, 2009 through February 12, 2009, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: 2/5/2009

IT IS SO ORDERED

HONORABLE Judge Vaughn R Walker
United States District Court

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0929 VRW                                                                 2